**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

**No. 10-2025**
_____

JAMES E. SMITH,

        Plaintiff - Appellant,

    v.

MICHELIN NORTH AMERICA, INCORPORATED,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., District Judge.  (3:09-cv-00022-JFA)

_____

Submitted:  January 18, 2011      Decided:  January 25, 2011

_____

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James E. Smith, Appellant Pro Se.  William Lee Duda, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James E. Smith appeals the district court's order adopting the recommendation of the magistrate judge and granting Michelin's motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Michelin N. Am., Inc., No. 3:09-cv-00022-JFA (D.S.C. Aug. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED